**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Manuel ARECHIGA–GIL,**
**Defendant—Appellant.**

**No. 07–30135.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 28, 2008.

Helen J. Brunner, Esq., Jill Otake, Esq., USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Peter Joseph Avenia, Esq., FPDWA—Federal Public Defender's Office Western District of Washington, Seattle, WA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jose Manuel Arechiga–Gil appeals from the 30–month sentence imposed following his guilty-plea conviction for unlawful entry by eluding examination and inspection by immigration officers in violation of 8 U.S.C. § 1325(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm the district court.

Arechiga–Gil contends that his sentence was unreasonable because the district court refused to grant fast-track reductions, creating an unwarranted sentencing disparity between him and other defendants with similar records in the Western District of Washington. We conclude that Arechiga–Gil's sentence is not unreasonable in light of the district court's consideration of the factors contained in 18 U.S.C. § 3553(a), including the need to avoid unwarranted sentencing disparities. *See United States v. Booker,* 543 U.S. 220, 261, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *see also Gall v. United States,* —— U.S. ——,

128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

